# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>  vs. <br> Christian Raul Gastelum-Sanchez    Defendant. | Case No.: 2:19-CR-0393-JAK-7 <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

 The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___C.D. Cal.___, ___Judge Kronstadt___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

 The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

 The Court finds that:

A.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___instant allegations of failing to report; lack of surety; substance abuse___

1
2
3         and/or
4  B.    ( ) The defendant has not met his/her burden of establishing by clear and
5         convincing evidence that he/she is not likely to pose a danger to the safety of any
6         other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7         finding is based on _____
8
9
10
11
12
13        IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.
15
16 DATED: __9/16/25__                    _Karen E. Scott_
17                                        KAREN E. SCOTT
                                          UNITED STATES MAGISTRATE JUDGE
18
19
20
21
22
23
24
25
26
27
28